# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form VA**
For a Work of the Visual Arts

**VA 1-311-751**

EFFECTIVE DATE OF REGISTRATION

**MAR 2 1 2005**

Month — Day — Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**  Linda Spivey

**NATURE OF THIS WORK ▼** See instructions  Lithographic Print

**Previous or Alternative Titles ▼**  "Bless our Nest" Collection

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  Title of Collective Work ▼

If published in a periodical or serial give  **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**  a  Linda Spivey

**DATES OF BIRTH AND DEATH**
Year Born ▼ 9-12-51   Year Died ▼ NA

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☒ No

**Author's Nationality or Domicile** Name of Country  OR { Citizen of USA / Domiciled in }

Was This Author's Contribution to the Work  Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No  If the answer to either of these questions is "Yes" see detailed instructions

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture  ☐ Map  ☐ Technical drawing
☒ 2 Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No

**Author's Nationality or Domicile** Name of Country  OR { Citizen of / Domiciled in }

Was This Author's Contribution to the Work  Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No  If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2 Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed** a 2000  This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work** b Complete this information ONLY if this work has been published.  Month 02  Day 01  Year 2000  Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Linda Spivey
9365 Wildcat Rd
Tipp City, OH 45371

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
**MAR 2 1 2005**
ONE DEPOSIT RECEIVED
**MAR 2 1 2005**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  Complete all applicable spaces (numbers 5 9) on the reverse side of this page  See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
  ☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is Yes, give: **Previous Registration Number** ▼      **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Linda Spivey
9365 Wildcat Road
Tipp City, OHIO 45371

Area code and daytime telephone number 937 667-8216      Fax number ( ) NA
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Linda Spivey
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Melissa Elleman      Date 3-8-05

Handwritten signature (X) ▼
X Melissa Elleman

Certificate will be mailed in window envelope to this address

Name ▼ Linda Spivey
Number/Street/Apt ▼ 9365 Wildcat Road
City/State/ZIP ▼ Tipp City, OH 45371

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. June 2002   Ⓟ Printed on recycled paper      U.S. Government Printing Office: 2003 496-605/50,029



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-559

**Effective Date of Registration:**
September 03, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | LS1204 - Rise & Shine |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | October 11, 2010 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Linda Spivey |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Linda Spivey |
| | 9365 Wildcat Road,, Tipp City, OH, 45371, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Penny Lane Fine Art & Licensing |
| **Name:** | Zachariah Jones |
| **Address:** | 1791 Dalton Drive, |
| | New Carlisle, OH 45344 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 03, 2025 |
| **Applicant's Tracking Number:** | LS2025090301 |

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-576

**Effective Date of Registration:**
September 03, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | LS929 - In the Laundry Room |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | July 22, 2008 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Linda Spivey |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Linda Spivey |
| | 9365 Wildcat Road,, Tipp City, OH, 45371, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Penny Lane Fine Art & Licensing |
| **Name:** | Zachariah Jones |
| **Address:** | 1791 Dalton Drive, |
| | New Carlisle, OH 45344 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 03, 2025 |
| **Applicant's Tracking Number:** | LS2025090302 |

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-807

**Effective Date of Registration:**
September 03, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title
_____

Title of Work: LS1201 - Sign Collector

## Completion/Publication
_____

Year of Completion: 2010
Date of 1st Publication: September 27, 2010
Nation of 1st Publication: United States

## Author
_____

- Author: Linda Spivey
  Author Created: 2-D artwork
  Citizen of: United States

## Copyright Claimant
_____

Copyright Claimant: Linda Spivey
9365 Wildcat Road,, Tipp City, OH, 45371, United States

## Rights and Permissions
_____

Organization Name: Penny Lane Fine Art & Licensing
Name: Zachariah Jones
Address: 1791 Dalton Drive,
New Carlisle, OH 45344 United States

## Certification
_____

Name: David Denholm
Date: September 03, 2025
Applicant's Tracking Number: LS2025090305

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-811

**Effective Date of Registration:**
September 03, 2025
**Registration Decision Date:**
November 25, 2025

## Title _____

| | |
|---|---|
| **Title of Work:** | LS1628 - Laundry Room Wreath |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | April 20, 2017 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | | |
|---|---|---|
| • | **Author:** | Linda Spivey |
| | **Author Created:** | 2-D artwork |
| | **Citizen of:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Linda Spivey |
| | 9365 Wildcat Road,, Tipp City, OH, 45371, United States |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | Penny Lane Fine Art & Licensing |
| **Name:** | Zachariah Jones |
| **Address:** | 1791 Dalton Drive, |
| | New Carlisle, OH 45344 United States |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 03, 2025 |
| **Applicant's Tracking Number:** | LS2025090307 |

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-805

**Effective Date of Registration:**
September 03, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title

**Title of Work:** LS1697 - Rustic Farm Rooster

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 24, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Linda Spivey
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Linda Spivey
9365 Wildcat Road,, Tipp City, OH, 45371, United States

## Rights and Permissions

**Organization Name:** Penny Lane Fine Art & Licensing
**Name:** Zachariah Jones
**Address:** 1791 Dalton Drive,
New Carlisle, OH 45344 United States

## Certification

**Name:** David Denholm
**Date:** September 03, 2025
**Applicant's Tracking Number:** LS2025090303

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-806

**Effective Date of Registration:**
September 03, 2025
**Registration Decision Date:**
November 25, 2025

---

## Title
 

| | |
|---|---|
| **Title of Work:** | LS1618 - Hot Bath |

## Completion/Publication
 

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | August 24, 2017 |
| **Nation of 1st Publication:** | United States |

## Author
 

| | |
|---|---|
| •    **Author:** | Linda Spivey |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant
 

| | |
|---|---|
| **Copyright Claimant:** | Linda Spivey |
| | 9365 Wildcat Road,, Tipp City, OH, 45371, United States |

## Rights and Permissions
 

| | |
|---|---|
| **Organization Name:** | Penny Lane Fine Art & Licensing |
| **Name:** | Zachariah Jones |
| **Address:** | 1791 Dalton Drive, New Carlisle, OH 45344 United States |

## Certification
 

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | September 03, 2025 |
| **Applicant's Tracking Number:** | LS2025090304 |

Page 1 of 2

**Correspondence:**    Yes

